ENTERED ON DOCKET 10/18/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
| ESPERANZA ARROYO ARROYO, on her own behalf and on behalf of the conjugal partnership between her and her deceased husband CARLOS FONTANEZ MARTINEZ and representing their minor children LESLIE ANN FONTANEZ ARROYO, TANIA MARIA FONTANEZ ARROYO, AND KARLA MARIANN FONTANEZ ARROYO; LEOCADIO FONTANEZ GARCIA and his wife MARIA AURORA MARTINEZ RAMOS, on their own behalf and on behalf of their conjugal partnership; ROSA M. FONTANEZ MARTINEZ; JOSE ANTONIO FONTANEZ MARTINEZ; ROSALIA FONTANEZ MARTINEZ; CARMEN MARIA FONTANEZ MARTINEZ; ANGEL LUIS FONTANEZ MARTINEZ; ROBERTO FONTANEZ MARTINEZ; FRANCISCO FONTANEZ MARTINEZ; MIGUEL ANGEL FONTANEZ MARTINEZ; MANUEL ARROYO RODRIGUEZ and his wife ISABEL ARROYO VELAZQUEZ, on their own behalf and on behalf of their conjugal partnerhship | RECEIVED & FILED 01 OCT 18 PH 5:32 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R. |
| v. | CIVIL CASE 96-2599(CCC) |
| ENRON CORPORATION, ET AL. | |

## JUDGMENT

96-2599(CCC)
Page 2

Pursuant to the Order entered on August 28, 2001 granting docket entry #3147, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk